UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brad J. Spiller, Esquire
Brenner, Brenner & Spiller
175 Richey Avenue
W. Collingswood, New Jersey 08107
(856) 963-5000
Attorney for Debtors
BS1035

In Re:

Radhairis Tineo,

       Debtor(s)

Case No.: 14-19006

Judge: JNP

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.    ☒ Motion for Relief from the Automatic Stay filed by _____Midfirst Bank_____, creditor,

   A hearing has been scheduled for ____3/20/2018____, at _10:00 am_.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ 2349.42, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____

Date: 2/22/18

_____
Debtor's Signature

_/s/ Raymari Enis_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

| Date | Description | | Amount |
|---|---|---|---|
| 02/05/2018 | VISA DDA PUR 4 | UNITED GAS | $40.00 |
| 02/05/2018 | VISA DDA PUR 4 | OVERRIDE | $24.98 |
| 02/05/2018 | PAPER STATEMENT FEE | | $1.00 |

## Check Transactions

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 436 | 12/6/2017 | $159.44 | | | | | | |
| 437 | 12/21/2017 | $783.14 | | | | | | |
| 438 | 1/8/2018 | $243.22 | | | | | | |
| 439 | 1/8/2018 | $88.00 | | | | | | |
| 440 | 1/17/2018 | $783.14 | | | | | | |

