UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Spiller & Archer, LLP
Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000

**Order Filed on April 3, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Radhairis Tineo

Case No.:   14-19006

Chapter:    13

Judge:      JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 3, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Spiller, Esquire_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400_____ . The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____701_____ per month for ___14_____ months to allow for payment of the above fee.

*rev.8/1/15*