Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–19006–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Radhairis Tineo
   1928 44th St
   Pennsauken, NJ 08110

Social Security No.:
   xxx–xx–8281

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 17, 2014.

On May 24, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:           July 11, 2018
Time:           09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 25, 2018
JAN: def

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-19006-JNP
Radhairis Tineo                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: May 25, 2018
                              Form ID: 185             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db         +Radhairis Tineo,    1928 44th St,    Pennsauken, NJ 08110-3018
cr         +PNC Bank, National Association,     c/o Jordan S. Blask, Esq.,    Tucker Arensberg, P.C.,
             1500 One PPG Place,    Pittsburgh, PA 15222-5413
514933697  +ALTAIR OH XIII, LLC,     C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
514764342  +Amex Dsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
514764353 ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
            (address filed with court: Thd/cbna,     CITICORP CREDIT SERVICES/ATTN:CENTRALI,    Po Box 20507,
             Kansas City, MO  64195)
514764344  +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
514972749   CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
514764345  +Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
514764346  +Comnwlth Fin,    245 Main St,    Dickson City, PA 18519-1641
514810527  +Department Stores National Bank/American Express,     Bankruptcy Processing,    Po Box 8053,
             Mason, OH 45040-8053
514764349   Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA  19101-1541
516361250  +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
             Oklahoma City, OK 73118-6051
516361251  +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
             Oklahoma City, OK 73118-6077,    MidFirst Bank,    Bankruptcy Department 73118-6051
514819863  +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
514764350  +Phelan Hallinan & Diamond, PC,    400 Fellowship Rd, Ste 100,    Mt Laurel, NJ 08054-3437
514764351  +Pnc Bank,   Po Box 5570,    Cleveland, OH 44101-0570
514764352  +SRA Associates, Inc.,    401 Minnetonka Rd,    Hi Nella, NJ 08083-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 25 2018 23:29:43      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2018 23:29:38      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514774168      E-mail/Text: mrdiscen@discover.com May 25 2018 23:28:59       Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
514764347     +E-mail/Text: mrdiscen@discover.com May 25 2018 23:28:59       Discover Fin Svcs Llc,
                Po Box15316,    Wilmington, DE 19850-5316
514764348     +E-mail/PDF: gecsedi@recoverycorp.com May 25 2018 23:32:15      Gecrb/modells Dc,
                P.o. Box 965005,    Orlando, FL 32896-5005
514933393      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 23:32:20
                Portfolio Recovery Associates, LLC,     c/o Modells Mvp,    POB 41067,   Norfolk VA 23541
514816167      E-mail/Text: bnc-quantum@quantum3group.com May 25 2018 23:29:32
                Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514764343    ##+Avante,   2950 S Gessner,    Houston, TX 77063-3751
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 25, 2018
                              Form ID: 185             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              Brad J. Spiller    on behalf of Debtor Radhairis  Tineo bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Jordan Seth Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
                                                                                              TOTAL: 6
```